IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MIKATO LEWIS FULKS                                                                PLAINTIFF

      v.                    Civil No. 4:07-cv-04010

STEVE OTWELL, Sheriff of
Nevada County, Arkansas, in
his individual and official capacities                                             DEFENDANT

## JUDGMENT

For the reasons stated in a memorandum opinion of even date, I find the Defendant's motion for summary judgment (Doc. 10) should be and hereby is granted. Defendant is granted judgment as a matter of law on all claims asserted by the Plaintiff. This case is dismissed with prejudice.

**IT IS SO ORDERED** this 30th **day of July 2008.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE